IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBRA GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-0071-F |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Debbra Gray, who appears *pro se* and whose pleadings are liberally construed, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration which denied her application for disability insurance benefits under the Social Security Act.

Magistrate Judge Bana Roberts issued a Report and Recommendation on April 9, 2007 (doc. no. 23), recommending that the Commissioner's decision be affirmed. In her Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by April 30, 2007. On May 1, 2007, one day late, plaintiff filed her objections in a document entitled "Complaint Objecting to Report and Recommendation." (Doc. no. 24.) The court has considered plaintiff's objections to the Report and Recommendation as if they had been timely filed, and all objected to matters have been reviewed *do novo*.

Plaintiff's objections are of basically three types. First, after asking the court to consider her objections out of time, plaintiff states that she does not see how the vocational expert came to the conclusions she did, given plaintiff's physical problems at the hearing and "over the past forty two months." Second, plaintiff complains that her friends are helping her but that she and her friends "have no idea what we're doing

-2-

. . . ." The court interprets this complaint as an objection to the fact that plaintiff did not have legal representation at the administrative hearing. Third and finally, plaintiff states that "OU Medical is reviewing all medical information from every doctor that I have seen thus far"; plaintiff states that they will send "the facts of their findings" to the court so that "[w]e all are asking for a little more time."

Plaintiff's first two objections were raised in the briefing before the magistrate judge and were thoroughly considered by the magistrate judge in her Report and Recommendation. The court agrees with the magistrate judge's analysis and no purpose would be served by restating that analysis here. As for plaintiff's third objection, which seeks more time to submit medical records and medical findings, the court notes that these proceedings were instituted by the plaintiff's application for disability insurance benefits in 2002, and that the hearing before the administrative law judge was held in 2004. Plaintiff's conclusory request for more time offers no specifics as to how any particular medical records, or facts which might be derived from those records, would controvert the decision of the administrative law judge or the Report and Recommendation of the magistrate judge.

Accordingly, after *de novo* consideration of plaintiff's objections, and after consideration of all matters covered in the Report and Recommendation, the findings of the magistrate judge are **ACCEPTED**, **ADOPTED**, and **APPROVED** in their entirety. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 7th day of May, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0071p002.wpd